IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARQUIS RAMEY, | No. 3:19-CV-00636 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| OFFICER HOLT, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of January 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 45) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff Marquis Ramey as to all claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge